No. 01–1091.  CARSON HARBOR VILLAGE, LTD. *v.* BRALEY ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–1096.  URBINE *v.* PIEDMONT TRIAD AIRPORT AUTHORITY.  Sup. Ct. N. C.  Certiorari denied.

No. 01–1099.  ERIKSON *v.* PAWNEE COUNTY BOARD OF COMMISSIONERS ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 01–1101.  ALABAMA AND COUSHATTA INDIAN TRIBES OF TEXAS ET AL. *v.* COMSTOCK OIL & GAS INC., SUCCESSOR BY MERGER TO BLACK STONE OIL CO., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 01–1106.  CITY OF PARMA *v.* CLEVELAND BRANCH, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 01–1110.  ROZMAN, DBA LYNDE INVESTMENT CO. *v.* CITY OF COLUMBIA HEIGHTS ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 01–1115.  JENSEN *v.* UTAH.  Sup. Ct. Utah.  Certiorari denied.

No. 01–1117.  BRENTWOOD ACADEMY *v.* TENNESSEE SECONDARY SCHOOL ATHLETIC ASSN. ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 01–1121.  BLACK ET AL. *v.* TARGET STORES ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 01–1138.  SCOTT *v.* INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 01–1178.  OTTO *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY.  C. A. 11th Cir.  Certiorari denied.

No. 01–1215.  BURGESON ET AL. *v.* RICHMAN, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF RICHMAN, DECEASED.  C. A. 7th Cir.  Certiorari denied.